```
                                          X  FILED       ___ LODGED
                                          ___ RECEIVED   ___ COPY

                                              FEB 0 4 2020

                                          CLERK U S DISTRICT COURT
                                             DISTRICT OF ARIZONA
                                          BY  SMH            DEPUTY
```

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   HUNTER BRIDGES
3  Assistant U.S. Attorney
   Arkansas State Bar No. 2012282
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Hunter.Bridges@usdoj.gov
   *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00115-01-PHX-DLR |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. § 641 (Theft of Government Property) Count 1 |
| Thomas Martin Drysdale, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

Between January 2015 and June 2019, in the district of Arizona, the defendant, THOMAS MARTIN DRYSDALE, willfully and knowingly did steal, purloin and convert to his own use, money of the United States Social Security Administration (SSA) of a value exceeding $1,000, by receiving and retaining SSA retirement benefits for his father, T.D., after T.D. passed away on or about November 24, 2006.

All in violation of 18 U.S.C. § 641.

MICHAEL BAILEY
United States Attorney
District of Arizona

*[signature]*

HUNTER BRIDGES
Assistant U.S. Attorney